# Rubin, Fiorella, Friedman & Mercante LLP

Attorneys at Law
630 Third Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 953-2381 / Facsimile: (212) 953-2462

Writer's Direct Dial: 212-447-4615
E-Mail: DScheller@RubinFiorella.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023

June 16, 2023

**VIA ELECTRONIC FILING**
Honorable Judge Valerie E. Caproni, USDJ
United States Judge
U.S. District Court, Southern District of New York
40 Foley Square Courthouse
40 Foley Square
Manhattan, NY 10007

      Re:    *NTI Ltd. v. Maersk Inc. et al.*
            Docket No:    23-cv-03458-VEC
            Our File No:   1148.51391

Dear Judge Caproni,

     We represent plaintiff NTI Ltd. in the above-referenced admiralty matter. We write to request an adjournment of the Initial Pretrial Conference in accordance with Your Honor's Individual Practices in Civil Cases rule 2(C). The reason for the proposed adjournment and delay in submitting the parties' Case Management Plan is that plaintiff has yet to serve the Complaint and summons on defendants Maersk Inc. and Maersk A/S to allow plaintiff to continue settlement discussion with defendants outside the proceedings and in the interest of judicial economy. This is a Carriage of Goods by Sea Act matter, and plaintiff filed the instant Complaint to protect its claim from time bar.

     The original date of the Initial Pretrial Conference is June 23, 2023, and this is the first such request for adjournment of the Conference. As defendants have yet to appear in this matter, we were unable to obtain consent for this adjournment request. To allow plaintiff to continue to engage in settlement discussion with defendants, we propose that the Initial Pretrial Conference be adjourned until after defendants are served with the Complaint and summons. At which time, plaintiff will write to request the court set an Initial Pretrial Conference and the parties will submit a joint discovery plan.

Respectfully submitted,

*Douglas K. Scheller, Jr.*
Douglas K. Scheller, Jr.

Application GRANTED. The Initial Pretrial Conference scheduled for June 23, 2023, is hereby ADJOURNED to **July 28, 2023 at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' joint letter in advance of the IPTC shall be due **July 20, 2023**. Plaintiff is directed to serve a copy of this endorsement on Defendants and file proof of service on the docket by no later than **June 19, 2023**.

SO ORDERED.

Date: 6/16/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE