# Rubin, Fiorella, Friedman & Mercante LLP

**MEMO ENDORSED**

Attorneys at Law
630 Third Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 953-2381 / Facsimile: (212) 953-2462

Writer's Direct Dial: 212-447-4615
E-Mail: DScheller@RubinFiorella.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

July 21, 2023

**VIA ELECTRONIC FILING**
Honorable Judge Valerie E. Caproni, USDJ
United States Judge
U.S. District Court, Southern District of New York
40 Foley Square Courthouse
40 Foley Square
Manhattan, NY 10007

Re:   *NTI Ltd. v. Maersk Inc. et al.*
        Docket No:     23-cv-03458-VEC
        Our File No:   1148.51391

Dear Judge Caproni,

      We represent plaintiff NTI Ltd. in the above-referenced admiralty matter. We write to request an adjournment of the Initial Pretrial Conference in accordance with Your Honor's Individual Practices in Civil Cases rule 2(C). The reason for the proposed second adjournment and delay in submitting the parties' Case Management Plan is that plaintiff has yet to serve the Complaint and summons on defendants Maersk Inc. and Maersk A/S to allow plaintiff to continue settlement discussion with defendants outside the proceedings and in the interest of judicial economy. This is a Carriage of Goods by Sea Act matter, and plaintiff filed the instant Complaint to protect its claim from time bar. On July 17, 2023, plaintiff requested issuance of summons [ECF ## 8 & 9] for both defendants which were issued by this Court on July 18, 2023 [ECF ## 10 & 11]. Plaintiff is now in the process of serving the Complaint and summons on defendants.

      The original date of the Initial Pretrial Conference is June 23, 2023, which was adjourned to July 28, 2023. This is the second such request for adjournment of the Conference. As defendants have yet to appear in this matter, we were unable to obtain consent for this second adjournment request. To allow plaintiff to serve the Complaint and summons on defendants, we propose that the Initial Pretrial Conference be adjourned until after defendants are served with the Complaint

and summons. At which time, plaintiff will write to request the court set an Initial Pretrial Conference and the parties will submit a joint discovery plan.

                                                Respectfully submitted,

                                                *Douglas K. Scheller, Jr.*

                                                Douglas K. Scheller, Jr.

---

Application GRANTED in part.  Plaintiff's deadline to serve Defendants is on or around July 25, 2023.  The initial pre-trial conference scheduled for July 28, 2023, is hereby ADJOURNED to **Friday, August 11, 2023** at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint letter in advance of the conference is due no later than **August 3, 2023**.  Counsel is reminded that future failure to adhere to this Court's deadlines may result in sanctions.

Plaintiff is directed to serve a copy of this Endorsement on Defendants and file proof of service on the docket by no later than **July 25, 2023**.

SO ORDERED.

                                                Date: 7/21/2023

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE